THE HONORABLE RICARDO MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br><br>HA VAN TRAN,<br><br>　　　　　　　　Defendant. | No. CR06-0251-RSM<br><br>ORDER ALLOWING CONTINUANCE OF TRIAL DATE |

<u>ORDER</u>

This matter having come before the Court on, defendant's, Ha Van Tran's, and the Government's Stipulated Motion for Continuance of the Trial Date. Having considered the papers filed by the parties, the records and files herein, and the facts indicated by the defendant's counsel, Hugh Berry, in this matter, the Court hereby grants the Motion.

ORDER

(CASE NO. CR06-0251-RSM)-1

**HWB - ESQ. PLLC**
PO BOX 13085
Mill Creek, WA  98082
TELEPHONE:  206.774.0845

IT IS THEREFORE ORDERED:

1. That the trial date as to both defendants Ha Van Tran and Coung Minn Parker shall be continued from November 6, 2006 to December 11, 2006.

2. Any period of delay resulting from the continuance of the trial shall be excluded for speedy trial purposes pursuant to 18 U.S.C. §3161(h)(8)(A) and (B).

IT IS SO ORDERED this 27th day of October, 2006.

_____
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

s/ *Hugh W. Berry*
Hugh W. Berry, WSBA # 23509
**HWB - ESQ.** PLLC
P.O. BOX 13085
Mill Creek, WA  98082
Phone Number: 206.774.0845
Email: hugh@hwb-esq.com

ORDER

(CASE NO. 06-0251-RSM)-2

**HWB - ESQ.** PLLC
PO BOX 13085
Mill Creek, WA  98082
TELEPHONE: 206.774.0845